ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| GovPrime Solutions LLC | ) ASBCA No. 64044 |
| | ) |
| Under Contract No. W911S2-24-P-1565 | ) |

APPEARANCES FOR THE APPELLANT:     John L. Holtz, Esq.
                                   Shane J. McCall, Esq.
                                   Nicole D. Pottroff, Esq.
                                   Greg P. Weber, Esq.
                                   Stephanie L. Ellis, Esq.
                                   Annie E. Birney, Esq.
                                     Koprince McCall Pottroff, LLC
                                     Lawrence, KS

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
                                     Army Chief Trial Attorney
                                   LTC Anthony Lenze, JA
                                     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 8, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64044, Appeal of GovPrime Solutions LLC, rendered in conformance with the Board's Charter.

Dated: April 8, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals